**rszpc**

randy scott zelin, p.c.
675 old country road
westbury, new york 11590
516.997.6900
f: 516.997.3278
rsz@rszpc.com
www.randyzelin.com

of counsel: pryor & mandelup, llp

October 29, 2009

By ECF

The Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

      Re:    United States v. Brandon Lisi
              Case no.: 09 MAG 2297

Dear Judge Eaton:

      Douglas T. Burns and I represent Brandon Lisi. I am writing, with the government's consent, to request a ten (10) day extension of time for our client to obtain two (2) additional co-signers on his appearance bond executed on October 15th, 2009[1]. When we were last before the Honorable Naomi Reice Buchwald on October 21st, 2009 regarding the indicted case {09 CR 948 (NRB)}, the government consented to an extension of time to October 30th, 2009 to obtain these additional co-signers. Judge Buchwald granted the application[2].

---

[1] Mr. Lisi's mother Charlotte has already co-signed the appearance bond.

[2] The government consented to the extension as to both bonds.



United States v. Brandon Lisi
Case no.: 09 MAG 2297

      Therefore, we respectfully request that Mr. Lisi have until November 10, 2009 to obtain two (2) additional acceptable co-signers on the aforementioned appearance bond.

      Thank you for your kind consideration.

                                      Respectfully submitted,

                                      RANDY SCOTT ZELIN, P.C.

                     By: _____
                                    RANDY ZELIN

RSZ:nb
cc: all counsel by ECF